IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT MISSISSIPPI
JACKSON DIVISION

**TYREE W. BROWN, Individually and as the
Statutory Heir and Wrongful Death Beneficiary
of CHESTER BROWN and LESTER BROWN**     **PLAINTIFF**

**VS.**     **CIVIL ACTION NO. 3:09-cv-296-WHB-LRA**

**ILLINOIS CENTRAL RAILROAD COMPANY, INC.,
a/k/a CANADIAN NATIONAL RAILROAD, and
THE DOW CHEMICAL COMPANY**     **DEFENDANTS**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and with the Opinion and Order that granted the Motions of Defendants Illinois Central Railroad Company, Inc., and The Dow Chemical Company, for Summary Judgment, this case is hereby dismissed with prejudice.

SO ORDERED this the 30th day of October, 2009.

                                        <u>s/ William H. Barbour, Jr.</u>
                                        UNITED STATES DISTRICT JUDGE